IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NEIMAN V. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:21-CV-2520-G-BH |
| CSL PLASMA CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct. and they are accepted as the Findings and Conclusions of the court.

Defendant CSL Plasma Center's motion for judgment on the pleadings, filed April 6, 2022 (docket entry 17), is **GRANTED** in part based on the statute of limitations; its motion for judgment on the pleadings and request for attorney's fees based on TEX. CIV. PRAC. & REM. CODE § 74.351 of the Texas Medical Liability Act is

**DENIED**.  The plaintiff's motion for summary judgment, filed April 7, 2022 (docket entry 21), is **DENIED** as moot.  By separate judgment, the plaintiff's claims will be **DISMISSED** with prejudice as barred by the statute of limitations.

    **SO ORDERED**.

September 16, 2022.

                                                            _A. Joe Fish_
                                                            **A. JOE FISH**
                                                            **Senior United States District Judge**